UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARTINNEZE MOORE,

    Petitioner,                Case No. 1:10-cv-473

v                                      HON. JANET T. NEFF

CAROL R. HOWES,

    Respondent.
_____/

## **FINAL ORDER**

In accordance with the Opinion entered this date:

**IT IS HEREBY ORDERED** that the Objections (Dkt 4) are DENIED and the Report and Recommendation of the Magistrate Judge (Dkt 3) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that the petition for habeas corpus relief (Dkt 1) is DISMISSED for the reasons stated in the Report and Recommendation.

**IT IS FURTHER ORDERED** that a certificate of appealability pursuant to 28 U.S.C. § 2253(c) is DENIED as to each issue asserted.

Date: August 27, 2010                            /s/ Janet T. Neff
                                                   JANET T. NEFF
                                                   United States District Judge